COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
WOLFE & WYMAN LLP
980 Kelly Johnson Drive, Ste. 140
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Defendant/Counterclaimant
GREEN TREE SERVICING LLC, now known as Ditech Financial LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 3012 SILVER CANYON,<br><br>Plaintiff,<br>v.<br><br>GREEN TREE SERVICING LLC; and MTC FINANCIAL INC. dba TRUSTEE CORPS,<br><br>Defendants. | CASE NO. 2:15-cv-00517-APG-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT/ COUNTERCLAIMANT TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER TO COMPLAINT AND COUNTERCLAIM** |
| GREEN TREE SERVICING LLC,<br><br>Counter-Claimant,<br>v.<br><br>SATICOY BAY LLC SERIES 3012 SILVER CANYON; HOMETOWN OVATION HOA; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 3012 Silver Canyon Lane, North Las Vegas, NV 89031<br><br>Counter-Defendants | **ORDER** |
| HOMETOWN OVATION HOA,<br><br>Third-Party Plaintiff,<br>v.<br><br>ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Third-Party Defendant. | |

1

1  WHEREFORE, Green Tree Servicing LLC, now known as Ditech Financial LLC's ("Green Tree") Reply in support of its Motion for Leave to File First Amended Answer to Complaint and Counterclaim is currently due on or before October 8, 2015;

WHEREFORE, the parties stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED between Defendant/Counterclaimant, Green Tree and Plaintiff/Counter-Defendant, Saticoy Bay LLC Series 3012 Silver Canyon, by and through their undersigned attorneys, that Green Tree shall have up to and including October 15, 2015 to file its reply in support of its Motion for Leave to File First Amended Answer to Complaint and Counterclaim.

This is Green Tree's first request for an extension to file reply in support of its Motion for Leave to File First Amended Answer to Complaint and Counterclaim, and is not intended to cause any delay or prejudice to any party. Trial has not been set in this case yet.



| WOLFE & WYMAN LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD |
|---|---|
| By: /s/ *Colt B. Dodrill*<br>Colt B. Dodrill<br>Nevada Bar No. 9000<br>980 Kelly Johnson Drive, Suite 140<br>Las Vegas, NV 89119 | By: /s/ *Michael F. Bohn*<br>Michael F. Bohn, Esq.<br>Nevada Bar No. 1641<br>376 East Warm Springs Road, Ste. 140<br>Las Vegas, NV 89119 |
| *Attorneys for Defendant/Counterclaimant, Green Tree Servicing LLC, now known as Ditech Financial LLC* | *Attorneys for Plaintiff/Counter-Defendant, Saticoy Bay LLC Series 3012 Silver Canyon* |
| DATED: September 30, 2015 | DATED: September 30, 2015 |

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that Green Tree's reply in support of its Motion for Leave to File First Amended Answer to Complaint is extended up to and including October 15, 2015.

Dated: October 1, 2015.

_____
UNITED STATES DISTRICT JUDGE

2

21170141.1