MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada  89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 3012 SILVER CANYON,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING LLC and MTC FINANCIAL INC. dba TRUSTEE CORPS,<br><br>Defendants.<br><br>GREEN TREE SERVICING LLC,<br><br>Counterclaimant,<br><br>v.<br><br>SATICOY BAY LLC SERIES 3012 SILVER CANYON; HOMETOWN OVATION HOA; DOES 1 through 10, inclusive; and all others who claim interest in the subject property located at 3012 Silver Canyon Lane, North Las Vegas, NV 89031,<br><br>Counterdefendants. | CASE NO.: 2:15-CV-00517-APG-CWH<br><br><br><br><br><br><br><br><br><br>**STIPULATION TO EXTEND TIME FOR RESPONSE  TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT AND WITHDRAWAL OF PLAINTIFFS EX PARTE MOTION TO EXTEND**<br><br><br><br>**ORDER** |

Plaintiff, Saticoy Bay LLC Series 3012 Silver Canyon, by and through its attorney, Michael F. Bohn, Esq.  and defendant, Green Tree Servicing, LLC, by and through its attorney Colt B. Dodrill, Esq., hereby stipulate and agree as follows:

1

1. The plaintiffs opposition to the defendants motion for summary judgment (Document 40), which is currently due on April 4, 2016 shall be continued and shall be due on April 8, 2016.

2. The plaintiffs ex parte motion to extend the time to respond to defendants motion for summary judgment (Document 49) may be withdrawn.

3. The defendant shall have until May 6, 2016 to file its reply to the plaintiffs opposition to the defendants motion for summary judgment.

4. This stipulation is not for any improper purpose or to cause delay.

DATED this 5th day of April, 2016

| LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. | WOLFE & WYMAN, LLP |
|---|---|
| By: /s/ /Michael F. Bohn, Esq./<br>Michael F. Bohn, Esq.<br>376 E. Warm Springs Road, Ste. 140<br>Las Vegas, Nevada 89119<br>Attorney for plaintiff | By: /s/ /Colt B. Dodrill, Esq./<br>Colt B. Dodrill, Esq.<br>980 Kelly Johnson Dr. Ste. 140<br>Las Vegas, Nevada 89119<br>Attorney for Green Tree Servicing, LLC |

IT IS SO ORDERED this 6th day of April, 2016

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ /Michael F. Bohn, Esq./
   MICHAEL F. BOHN, ESQ.
   376 E. Warm Springs Road, Ste. 140
   Las Vegas, NV 89119
   Attorney for plaintiff

2