**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
980 Kelly Johnson Drive, Ste 140
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Defendant/Counterclaimant
**GREEN TREE SERVICING LLC, now known as Ditech Financial LLC**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 3012 SILVER CANYON,<br><br>　　　　Plaintiff,<br>　v.<br><br>GREEN TREE SERVICING LLC; and MTC FINANCIAL INC. dba TRUSTEE CORPS,<br><br>　　　　Defendants. | CASE NO. 2:15-cv-00517-APG-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE GREEN TREE SERVICING LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**[SECOND REQUEST]** |
| GREEN TREE SERVICING LLC,<br><br>　　　　Counterclaimant,<br>　v.<br><br>SATICOY BAY LLC SERIES 3012 SILVER CANYON; HOMETOWN OVATION HOA; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 3012 Silver Canyon Lane, North Las Vegas, NV 89031<br><br>　　　　Counter-Defendant. | |

///
///
///
///

1

1  WHEREFORE, on March 9, 2016, Green Tree Servicing LLC, now known as Ditech Financial LLC ("Green Tree") filed its Motion for Summary Judgment (Docket No. 40);

WHEREFORE, on April 4, 2016, Hometown Ovation HOA ("HOA") filed its Response to Green Tree's Motion for Summary Judgment (Docket No. 48);

WHEREFORE, Green Tree's Reply to the HOA's Response to Green Tree's Motion for Summary Judgment is currently due on or before April 18, 2016;

WHEREFORE, on April 5, 2016, Plaintiff Saticoy Bay LLC Series 3012 Silver Canyon ("Plaintiff") and Green Tree filed their Stipulation to Extend Time to File Plaintiff's Response to Green Tree's Motion for Summary Judgment and Green Tree's Reply to Plaintiff's Response (Docket No. 51);

WHEREFORE, on April 6, 2016, the Court granted Plaintiff's and Green Tree's request for extension of time to file Plaintiff's Response to Green Tree's Motion for Summary Judgment and Green Tree's Reply to Plaintiff's Response (Docket No. 52);

WHEREFORE, Green Tree's Reply to Plaintiff's Response to Green Tree's Motion for Summary Judgment is currently due on or before May 6, 2016;

WHEREFORE, the parties stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED between Green Tree and the HOA, by and through their undersigned attorneys, that Green Tree shall have up to and including Friday, May 6, 2016 to file its Reply to the HOA's Response to Green Tree's Motion for Summary Judgment.

Rather than file discrete briefs addressing individual issues, Green Tree intends to present to the Court a joint Reply to both Plaintiff's and the HOA's Responses. An extension for Green Tree to file a joint Reply brief will allow Green Tree to address the myriad substantive issues in the HOA's Response and those anticipated in Plaintiff's Response. This extension will also advance judicial economy because one reply brief is considerably more manageable than two largely-duplicative reply briefs.

///
///
///

2316514.1

This is Green Tree's second request for an extension to file its reply brief and is not intended to cause any delay or prejudice to any party. Trial has not been set in this case yet.

| WOLFE & WYMAN LLP | BOYACK ORME & TAYLOR |
|---|---|
| By: */s/ Colt B. Dodrill* <br> COLT B. DODRILL <br> Nevada Bar No.: 9000 <br> 980 Kelly Johnson Drive, Suite 140 <br> Las Vegas, NV  89119 <br> *Attorneys for Defendant/Counterclaimant, Green Tree Servicing LLC, now known as Ditech Financial LLC* | By: */s/ Edward D. Boyack* <br> EDWARD D. BOYACK <br> Nevada Bar No.: 005229 <br> 401 N. Buffalo Drive #202 <br> Las Vegas, NV  89145 <br> *Attorney for Counter-Defendant, Hometown Ovation HOA* |
| DATED:  April 8, 2016 | DATED:  April 8,2016 |

## ORDER

Based upon the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that Green Tree Servicing LLC file its reply to the HOA's response to Green Tree's Motion for Summary Judgment on or before **May 6, 2016**.

Dated:  April 8, 2016.

_____
UNITED STATES DISTRICT JUDGE

2316514.1